IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'6 JAN 23 PM 12: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

THE UNITED STATES OF AMERICA,
Plaintiff

vs.                                    Case No. 3:91CR00188-001 (JAF)

JOSE RAFAEL HERNANDEZ-LEBRON

ORDER

After having heard both parties in this case, the Court finds that releasee violated the conditions of the imposed supervised release by associating with another offender without authorization, and failing to comply with his mental health treatment. The Court admonishes the offender for these violations, but will not revoke his term of supervised release at this time. Upon recommendation of the U.S. Probation Officer and as agreed to by the offender, the supervised release conditions imposed on January 10, 1992, are modified as follows:

1.     "The defendant shall return to his mental health program for evaluation and/or treatment purposes, and must strictly adhere to his medication regimen with proper monitoring from the psychiatrist, as arranged and/or approved by the U.S. Probation Office until duly discharged by authorized program personnel with the approval of the U.S. Probation Officer."

2.     "The defendant shall be placed in Home Confinement for a period of three (3) months, to commence immediately upon release from imprisonment. During this time, the defendant shall remain at his/her place of residence, except for treatment, employment or other activities approved in advance by the probation officer. The defendant shall maintain a telephone at

his/her place of residence without any special features, modems, answering machines, or cordless telephones during the term of electronic monitoring. The defendant shall wear an electronic device and shall observe the rules specified by the probation office. The defendant is to contribute to the cost of the Electronic Monitoring Device. He/she shall not leave the judicial district to which he/she is sentenced or released during the term of electronic monitoring."

3. The defendant shall abide by the restrictions of the protection order issued by the local court in relation to the alleged victim in his pending domestic violence charges.

4. The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

5. The offender shall participate in a job placement program and/or vocational rehabilitation program.

IT IS SO ORDERED

In San Juan, Puerto Rico, this 19th day of January 2006.

José A. Fusté, Chief
U.S. District Judge